EDITH BOYCE, Appellant, *v.* 228TH & CARPENTER AVE. HOLDING Co., INC., Respondent.

Argued October 3, 1945; decided October 26, 1945.

*Martin M. Kolbrener* for appellant.

*William J. Tropp* for respondent.

Judgments reversed and a new trial granted, with costs in all courts to abide the event, upon the ground that the evidence presented a question of fact for the jury as to whether or not at the place of the accident a condition of peculiar danger existed. No opinion.

Concur: CONWAY, THACHER, DYE and MEDALIE; JJ. Dissenting: LOUGHRAN, Ch. J., LEWIS and DESMOND, JJ.